# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2795

_____

United States of America

*Plaintiff - Appellee*

v.

Michael A. Heggie

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 10, 2019
Filed: December 13, 2019
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Michael Heggie appeals after the district court[1] revoked his supervised release, and sentenced him to a 12-month prison term. His counsel has moved for leave to

---

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

withdraw, and has filed a brief suggesting that the revocation sentence is substantively unreasonable. We conclude that Heggie's revocation sentence, which is within the statutory limits and the undisputed Chapter 7 advisory Guidelines range, is not substantively unreasonable. See 18 U.S.C. § 3583(e)(3) (maximum prison term upon revocation is 2 years for Class C felony); United States v. Petreikis, 551 F.3d 822, 824-25 (8th Cir. 2009) (supervised-release revocation sentence is reviewed for substantive reasonableness under deferential abuse-of-discretion standard; within-Guidelines-range revocation sentence is accorded presumption of reasonableness on appeal). We therefore affirm, and we grant counsel's motion to withdraw.

_____